S. LANE TUCKER
United States Attorney

STEPHEN L. CORSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: stephen.corso@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DAVID ALAN BURK,<br><br>　　　　Defendant. | No. 3:23-mj-00231-KFR |

## STATUS REPORT

The government expects to file a criminal information in this matter by the end of this month.

//

//

//

//

//

RESPECTFULLY SUBMITTED October 19, 2023 at Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

/s *Stephen L. Corso*
STEPHEN L. CORSO
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2023 a true and correct copy of the foregoing was served electronically on all counsel of record.

/s *Stephen L. Corso*

*U.S. v. Burk*
3:23-mj-00231-KFR　　　　　　Page 2 of 2
Case 3:23-cr-00102-KFR   Document 22   Filed 10/19/23   Page 2 of 2